THE TOWN OF WILLIAMSTOWN, Respondent, vs. DARGE, imp., Appellant.

*April 20 — May 12, 1888.*

*Appealable order: Criminal contempt.*

An order adjudging a defendant in criminal contempt for the violation of an injunction is not appealable. *In re Murphey*, 39 Wis. 286, followed.

APPEAL from the Circuit Court for *Dodge* County.·

The appellant was adjudged to be guilty of contempt in violating an injunctional order restraining him and others from further building a bridge across Rock river, and was ordered to pay a fine and the costs of the contempt proceedings, and to be imprisoned in the county jail until such fine and costs were paid, the term of such imprisonment not to exceed thirty days.

For the appellant there was a brief by *Eli & C. E. Hooker* and *James E. Malone,* and oral argument by *Mr. Malone.*

For the respondent there was a brief by *F. M. Lawrence* and *James J. Dick,* and oral argument by *Mr. Dick.*

PER CURIAM.   This is an appeal from an order adjudging the appellant in contempt for the violation of an injunction. It is for misconduct and a wilful disregard of the order of the court, and is consequently a criminal contempt.   It was held in *In re Murphey*, 39 Wis. 286, that such an order was not appealable.   It is said in that case that this question of practice must be deemed settled.   The appeal must therefore be dismissed.